net
05-

1 | # TIFFANY & BOSCO
— P.A. —

2 | **2525 EAST CAMELBACK ROAD**

3 | **SUITE 300**
**PHOENIX, ARIZONA 85016**

4 | **TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

5 |

6 | Mark S. Bosco
State Bar No. 010167

7 | Leonard J. McDonald
State Bar No. 014228

8 | Attorneys for Movant

9 | 08-64772/0326536711

10 | ## IN THE UNITED STATES BANKRUPTCY COURT

11 | ## FOR THE DISTRICT OF ARIZONA

12 |

13 | IN RE: | No. 4:08-bk-10544-JMM

14 | Lacy Santa Cruz | Chapter 13

15 | Debtor. | DECLARATION OF WITNESS

16 |

17 | U.S. Bank National Association as Trustee for the holders of MASTR Adjustable Mortgages Trust

18 | 2007-HF2 in a securitization transaction pursuant to Pooling and Servicing Agreement, dated as of July

19 | 1, 2007, serviced by Barclays Capital Real Estate Inc. dba HomEq Servicing attorney in fact

20 | Movant,

21 | vs.

22 | Lacy Santa Cruz, Debtors; Dianne C. Kerns, Trustee.

23 |

24 | Respondents.

25 |

26 | COMES NOW ____Joy Vanish____, of lawful age, being duly sworn upon oath and

deposes and says the following:

1.  I make this Declaration of my own personal knowledge regarding matters to which I would be competent to testify under oath.

2.  I am a _Attorney in Fact_ for U.S. Bank National Association as Trustee for the holders of MASTR Adjustable Mortgages Trust 2007-HF2 in a securitization transaction pursuant to Pooling and Servicing Agreement, dated as of July 1, 2007, serviced by Barclays Capital Real Estate Inc. dba HomEq Servicing attorney in fact In such capacity, I have knowledge concerning the matters testified to herein.

3.  As a _Attorney in Fact_ for U.S. Bank National Association as Trustee for the holders of MASTR Adjustable Mortgages Trust 2007-HF2 in a securitization transaction pursuant to Pooling and Servicing Agreement, dated as of July 1, 2007, serviced by Barclays Capital Real Estate Inc. dba HomEq Servicing attorney in fact I have knowledge regarding accounts including the amount of the debt secured by the Deed of Trust executed by Lacy Santa Cruz on April 11, 2007. All entries into the records are made from regular and appropriate sources on or about the time of the events they describe, and it is the regular practice to make and keep such records.

4.  Loan No. 0326536711 is in default for the post petition payment of October 1, 2008 and each monthly payment thereafter for a post-petition default in the amount of $5,392.05 plus accruing interest, late charges, advances (including but not limited to taxes and insurance), attorney's fees and costs associated with this hearing. Attached hereto as Exhibit "A" is a true and correct copy of Movant's loan history from the date of the bankruptcy filing.

5.  The foregoing is true and correct of my personal knowledge, based upon the records concerning Movant's Loan No. 0326536711.

Further Declarant sayeth naught.

BY: Joy Vanish     Assistant Vice President

SUBSCRIBED AND SWORN to before me this  11  day of February                ,
2009.

Angela Simmons
Notary Public

ANGELA SIMMONS
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires November 9, 2010

Copy of the foregoing mailed
2-19-        2009, to:

Lacy Santa Cruz
3571 S. Skylark Place
Tucson, AZ 85730
Debtor

Ronald Ryan
1413 E. Hedrick Drive
Tucson, AZ 85719-2633
Attorney for Debtors

Dianne C. Kerns
7320 N. La Cholla, #154
PMB413Tucson, AZ 85741
Trustee

Ronald Ryan PC
1413 E Hendrick Drive
Tucson, AZ 85719

By: April Crane

# Exhibit "A"



```
MSP - RUMBA Mainframe Display
File  Edit  View  Connection  Transfer  Options  Tools  Help

 BNKH 0326536711    ____ MMYY  BANKRUPTCY HIST   CH 13  INV
 LF SANTA CR  DUE 08/01/08  PMT    1,346.13  TYPE CONV-PMI      ARM
 3233 S NACO VIS            TUCSON AZ 85713
-----------------------------------------------------------PRO FID ----
 ACT    DATE      AMOUNT     DUE DATE

        12/12/08                          EFF DATE 12/10/08
        12/12/08      115.45              TO DEBTOR SUSPENSE
        12/12/08     1461.58  09/01/08  1 POST-PET PMTS/120408/000000049655745
        11/19/08                          MOTION FOR RELIEF HEARING
        11/04/08                          MOTION FOR RELIEF FILED
        11/03/08                          MOTION FOR RELIEF REQUESTED
        09/16/08      110.84              MOVE FROM DT TO TTE PER TASK
        08/19/08                          BNK ADDED CHAP 13 PROC FID

Ready                                        Running            OVR    NUM  W  1,7    2:33:33 PM
start   0326536...  HomEq Pa...  NT verbia...  LPS Defau...  Inbox - Mi...  MSP-RU...  1.doc - Mi...        2:33 PM
```